UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

FILED IN OPEN COURT
6.10.2020
CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

UNITED STATES OF AMERICA

v.

CASE NO.: 3:20-cr-81-J-32MCR

ROSHELL MARVITA HOOVER

18 U.S.C. § 1040

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Beginning on or about September 13, 2017, and continuing through in or about July 26, 2018, in the Middle District of Florida, and elsewhere, the defendant,

ROSHELL MARVITA HOOVER,

knowingly made a materially false, fictitious, and fraudulent statement and representation, in any matter involving any benefit authorized, transported, transmitted, transferred, disbursed, and paid, in and affecting interstate commerce, said benefit being a record, voucher, payment, money, and thing of value of the United States and of FEMA, a department and agency of the United States, in connection with a major disaster declaration under Title 42 of the United States Code, in that the defendant made a fraudulent application for assistance from FEMA's Individuals and Households Program for

Hurricane Irma in which the defendant falsely represented that due to storm damage to her primary residence, she could no longer stay at her primary residence and she was in need of rental assistance, that is, money, for several months in order to pay for a rental property located at 10970 Lem Turner Road, Jacksonville, Florida, and submitted to FEMA falsified documents that purported to be from the landlord of her primary residence and falsified rental payment receipts that purported to be from the landlord of a rental property located at 10970 Lem Turner Road, Jacksonville, Florida.

In violation of 18 U.S.C. § 1040.

A TRUE BILL,

_____
Foreperson

MARIA CHAPA LOPEZ
United States Attorney

By: _____
Kevin C. Frein
Assistant United States Attorney

By: _____
Kelly Karase
Assistant United States Attorney
Deputy Chief, Jacksonville Division

2

FORM OBD-34
6/9/20 Revised

No.

# UNITED STATES DISTRICT COURT
## Middle District of Florida
## Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

ROSHELL MARVITA HOOVER

## INDICTMENT

Violations: 18 U.S.C. § 1040

A true bill.

_____
Foreperson

Filed in open court this 10th day of June, 2020.

_____
Clerk

Bail  $_____

GPO 863 525